**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Kenneth Pocsatko                                    CHAPTER 7
       Kimberly Ann Pocsatko
           Debtor(s)                                    BKY. NO. 23-20904 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

               Respectfully submitted,

               /s/ Brian C. Nicholas (Atty ID: 317240)
               Brian Nicholas
               02 May 2023, 16:36:26, EDT

               Brian C. Nicholas, Esq. (317240) ☑
               Denise Carlon, Esq. (317226)       ☐
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               412-430-3594
               bkgroup@kmllawgroup.com