**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Kenneth Pocsatko <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6097 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Kimberly Ann Pocsatko <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5932 <br> EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23–20904–GLT

## Order of Discharge
12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Kenneth Pocsatko                    Kimberly Ann Pocsatko

8/31/23                          **By the court:**  Gregory L Taddonio
                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-20904-GLT |
|---|---|
| Joseph Kenneth Pocsatko | Chapter 7 |
| Kimberly Ann Pocsatko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Kenneth Pocsatko, Kimberly Ann Pocsatko, P.O. Box 352, Madison, PA 15663-0352 |
| 15595346 | + | AMEX/CBNA, Correspondence, P.O. Box 981540, El Paso, TX 79998-1540 |
| 15595353 | + | Beneficial Consumer Discount Company, C/O Beth A. Howell, Esq., Reed Smith LLP, 20 Stanwix Street, FL 12, Pittsburgh, PA 15222-4899 |
| 15595354 | + | Beneficial Consumer Discount Company, C/O Teresa K. Fuchs, Esq., Fuchs Law Office, LLC, 554 Washington Ave., First Floor, Carnegie, PA 15106-2878 |
| 15595352 | + | Beneficial Consumer Discount Company, C/O Cathy A. Chromulak, Esq., Chromulak & Associates, LLC, P.O. Box 577, Meadow Lands, PA 15347-0577 |
| 15595355 | + | Berkheimer, 403 S 3rd Street, 2nd FL Suite B, Youngwood, PA 15697-5101 |
| 15595356 | | Berkheimer Tax Innovations, P.O. Box 25149, Lehigh Valley, PA 18002-5149 |
| 15595357 | | Berkheimer Tax Innovations, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 15595366 | + | Elliott Community Federal Credit Union, C/O James Benson, CEO, 920 N 4th Street, Jeannette, PA 15644-1499 |
| 15595365 | + | Elliott Community Federal Credit Union, 121 Gamma Drive, Pittsburgh, PA 15238-2919 |
| 15595367 | | HAB-DLT, Berkheimer, P.O. Box 25149, Lehigh Valley, PA 18002-5149 |
| 15595368 | | HAB-MISC, Berkheimer, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 15595369 | + | Holland Mortgage Advisors, 4640 Campbells Run Road, Pittsburgh, PA 15205-1343 |
| 15595373 | + | LVNV Funding, LLC, C/O Resurgent Capital Services, LP, Suite 100, MS 576, 55 Beattie Place, Greenville, SC 29601-2137 |
| 15595376 | + | Mortgage Electronic Registration Systems, Inc, 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 15595377 | + | Oak Hill Dental, 206 Oak Street, P.O. Box 425, Rillton, PA 15678-0425 |
| 15595386 | + | PHH Mortgage Corporation, C/O Matthew G. Brushwood, Esq., Barley Snyder, LLP, 50 North Fifth Street, 2nd FL, Reading, PA 19601-3417 |
| 15595387 | | PHH Mortgage Corporation, C/O Meredith H. Wooters, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15595379 | + | Pennsylvania Turnpike Commission, E-Z Pass and Toll By PLate Customer, Service Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15595380 | + | Pennsylvania Turnpike Commission, Linebarger Goggan Blair & Sampson, LLP, One Penn Center, 1617 John F. Kennedy Blvd., Suite 555, Philadelphia, PA 19103-1840 |
| 15595381 | + | Pennsylvania Turnpike Commission, C/O Michelle Henry, Esq., Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15595397 | + | TD Bank USA, NA / Target Card, C/O Greg Braca, Pres. & CEO, 2035 Limestone Road, Wilmington, DE 19808-5529 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 01 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2023 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 01 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 23-20904-GLT    Doc 17    Filed 09/02/23    Entered 09/03/23 00:27:38    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 31 2023 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | | |
| | | | Sep 01 2023 03:23:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15595343 | + | Email/Text: backoffice@affirm.com | | |
| | | | Aug 31 2023 23:39:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St. Floor 4, Pittsburgh, PA 15212-5862 |
| 15595344 | | Email/Text: backoffice@affirm.com | | |
| | | | Aug 31 2023 23:39:00 | Affirm, Inc., Attn: Libor Michalek, Pres., 650 California Street, FL 12, San Francisco, CA 94108-2716 |
| 15595345 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 31 2023 23:44:58 | American Express, Attn Ravi Radhakrishnan, Exec. Vice Pres, World Financial Center, 200 Vesey Street, New York, NY 10285-1000 |
| 15595347 | + | EDI: TSYS2 | | |
| | | | Sep 01 2023 03:23:00 | Barclays Bank Delaware, C/O Barry Rodriguez, CEO, 125 South West Street, Wilmington, DE 19801-5014 |
| 15595348 | + | Email/Text: pcabkt@phillips-cohen.com | | |
| | | | Aug 31 2023 23:38:00 | Barclays Bank Delaware, C/O Phillips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15595349 | | Email/Text: pcabkt@phillips-cohen.com | | |
| | | | Aug 31 2023 23:38:00 | Barclays Bank Delaware, C/O Phillips & Cohen Associates, Ltd., Mail Stop: CSU-F, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15595350 | | EDI: TSYS2 | | |
| | | | Sep 01 2023 03:23:00 | Barclays Bank Delaware/Old Navy, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15595351 | + | EDI: HFC.COM | | |
| | | | Sep 01 2023 03:23:00 | Beneficial Consumer Discount Company, Attn: Elizabeth A. Dawson, Vice Pres., 2700 Sanders Road, Prospect Heights, IL 60070-2701 |
| 15595358 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 01 2023 03:23:00 | Capital One Bank USA, NA, C/O Capital One Financial Corp., Attn Richard D. Fairbank, Chairman & CEO, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15595360 | | Email/Text: bankruptcy@clearviewfcu.org | | |
| | | | Aug 31 2023 23:38:00 | Clearview Federal CRedit Union, C/O Ron Celaschi, Pres., 8805 University Blvd., Moon Township, PA 15108-2580 |
| 15595359 | + | Email/Text: bankruptcy@clearviewfcu.org | | |
| | | | Aug 31 2023 23:38:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15595361 | + | EDI: WFNNB.COM | | |
| | | | Sep 01 2023 03:23:00 | Comenity Capital Bank, C/O John Marion, Pres., 12921 South Vista Station Blvd., Draper, UT 84020-2377 |
| 15595362 | | EDI: WFNNB.COM | | |
| | | | Sep 01 2023 03:23:00 | Comenity Capital Bank / Carters, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15595363 | | EDI: DISCOVER.COM | | |
| | | | Sep 01 2023 03:23:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15595364 | + | EDI: DISCOVER.COM | | |
| | | | Sep 01 2023 03:23:00 | Discover Bank, C/O Roger C. Hochschild, Pres. & CEO, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 15595370 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Aug 31 2023 23:38:00 | Kohl's/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15595371 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 31 2023 23:44:38 | LVNV Funding LLC, C/O Resurgent Capital SErvices, PO Box 10497, Greenville, SC 29603-0497 |
| 15595374 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 31 2023 23:44:33 | LVNV Funding, LLC, Attn: Bryan Faliero, Pres., 55 Beattie Place, Greenville, SC 29601-5115 |
| 15595372 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 31 2023 23:44:55 | LVNV Funding, LLC, C/O Bryan Faliero, Pres., 55 Beattie Place, Greenville, SC 29601-5115 |
| 15595375 | ^ | MEBN | Aug 31 2023 23:27:25 | Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15595385 | + | EDI: LCIPHHMRGT | Sep 01 2023 03:23:00 | PHH Mortgage Corporation, C/O George Henley, Executive Vice Pres., 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15595388 | | Email/Text: bankruptcynotices@psecu.com | Aug 31 2023 23:38:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15595389 | + | Email/Text: bankruptcynotices@psecu.com | Aug 31 2023 23:38:00 | PSECU, Attn: George Rudolph, President & CEO, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 15595378 | ^ | MEBN | Aug 31 2023 23:27:06 | Pennsylvania Turnpike Commission, C/O PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15595383 | + | Email/PDF: ebnotices@pnmac.com | Aug 31 2023 23:44:44 | PennyMac Loan Services, LLC, C/O Doug Jones, Pres., 3043 Townsgate Road, Ste. 200, Westlake Village, CA 91361-3027 |
| 15595384 | | Email/PDF: ebnotices@pnmac.com | Aug 31 2023 23:45:29 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 950002, Fort Worth, TX 76155-9802 |
| 15595382 | | Email/PDF: ebnotices@pnmac.com | Aug 31 2023 23:57:36 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15595391 | | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595390 | | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank, C/O Margaret Keane, Pres. & CEO, 170 West S. Election Road, Draper, UT 84020 |
| 15595392 | | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595393 | | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595394 | + | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15595395 | + | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank / JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15595396 | | EDI: RMSC.COM | Sep 01 2023 03:23:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15595398 | + | EDI: WTRRNBANK.COM | Sep 01 2023 03:23:00 | TD Bank USA/Target Credit, C/O Financial & Retail Services, Mailstop BT, POB 9475, Minneapolis, MN 55440-9475 |
| 15595399 | | Email/Text: BankruptcyNotice@upmc.edu | Aug 31 2023 23:38:00 | UPMC, Attn: Patient Billing, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 15595400 | ^ | MEBN | Aug 31 2023 23:27:13 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 31, 2023 | Form ID: 318 | Total Noticed: 62

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Kimberly Ann Pocsatko dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor Joseph Kenneth Pocsatko dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6